DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PHILIP GARY CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP GARY CRAWFORD, ) <br> ) <br> Defendant. ) <br> ) | No. 1:04-cr-5050 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> DATE: February 25, 2008 <br> TIME : 1:30 p.m. <br> DEPT : Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for January 7, 2008, may be continued to **February 25, 2008, at 1:30 p.m.**

　　　　The reason for this continuance is to allow counsel for defendant time for further preparation for paying restitution and to finalize the judgment in a law suit.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: January 2, 2008

        MCGREGOR W. SCOTT
        United States Attorney

        /s/ Ian Garriques
        IAN GARRIQUEZ
        Assistant U.S. Attorney
        Attorney for Plaintiff

DATED: January 2, 2008

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Robert W. Rainwater
        ROBERT W. RAINWATER
        Assistant Federal Defender
        Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   January 4, 2008**             /s/ Oliver W. Wanger
        UNITED STATES DISTRICT JUDGE