1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   PHILIP GARY CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-5050 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | |
| PHILIP GARY CRAWFORD, | ) ) | DATE: September 22, 2008 TIME: 1:30 p.m. |
| Defendant. | ) ) | DEPT: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for August 11, 2008, **may be continued to September 22, 2008, at 1:30 p.m.**

   The reason for this continuance is to allow counsel for defendant time for further investigation and case preparation before the hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        MCGREGOR W. SCOTT
        United States Attorney

DATED: August 7, 2008      /s/ Ian Garriques
        IAN GARRIQUEZ
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: August 7, 2008      /s/ Francine Zepeda
        FRANCINE ZEPEDA
        Assistant Federal Defender
        Attorney for Defendant
        PHILIP GARY CRAWFORD

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: August 8, 2008**      /s/ Oliver W. Wanger
        UNITED STATES DISTRICT JUDGE