```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PHILIP GARY CRAWFORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-5050 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | |
| PHILIP GARY CRAWFORD, | ) ) | DATE: April 13, 2009 TIME : 1:30 P.M. |
| Defendant. | ) ) | DEPT : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the Status Conference hearing in the above captioned matter, now scheduled for January 26, 2009, **may be continued to April 13, 2009, at 1:30 p.m.**

This continuance is requested by the parties because after conversation with the U.S. Probation Officer and Mr. Crawford, we believe restitution will be paid in full by the requested hearing date and the parties will be able to move forward with disposition of the matter at that time.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

MCGREGOR W. SCOTT
United States Attorney

DATED: January 20, 2009         /s/ Ian Garriques
                                IAN GARRIQUEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: January 20, 2009         /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorney for Defendant
                                PHILIP GARY CRAWFORD

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 21, 2009**         **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2